# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-27455

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Bradley M. Clark and Leslie A. Clark<br><br>        Debtors.<br>―――――――――――――――――<br>Deutsche Bank Trust Company Americas RALI 2007-QS8<br>        Movant,<br>vs.<br><br>Bradley M. Clark and Leslie A. Clark, Debtors; David A. Birdsell, Trustee.<br><br>        Respondents. | No. 2:10-bk-30154-RTB<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT<br>THE AUTOMATIC BANKRUPTCY STAY<br><br>RE: Real Property Located at<br>1825 North Hawthorne Lane<br>Indianapolis, IN 46218 |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 29th day of October, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

Bradley M. Clark and Leslie A. Clark filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. David A. Birdsell was appointed trustee of the bankruptcy estate. Debtors have an interest in that certain real property located in Marion County, IN, more particularly described as:

> Lot 269 in HAWTHORN MANOR, FOURTH SECTION, an Additional to the City of Indianapolis, the Plat of Which is Recorded in Plat Book 28, Page 215, In the Office of the Recorder of Marion County, Indiana

Debtors executed a Note secured by a Deed of Trust, dated January 24, 2007, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

The Note and Deed of Trust reflect Wachovia Mortgage Corporation as "Lender". Upon information and belief the Wachovia Mortgage Corporation in no longer in business and is not in possession of the custodial file. Pursuant to the terms of the Note and Deed of Trust Mortgage Electronic Registration Systems, Inc. "MERS" is a separate Corporation that is acting as nominee for Wachovia Mortgage Corporation.

The Note and the beneficial interest in the Deed of Trust is currently held by Deutsche Bank Trust Company Americas RALI 2007-QS8.A true and correct copy of the Assignment of Deed of Trust is attached hereto as Exhibit "C" and incorporated herein by reference.

Movant is informed and believes and therefore alleges that the Debtors and the bankruptcy estate have no equity in the property. Pursuant to Debtors statement of intentions the debtor intends on surrendering his interest in the subject property. A true and correct copy of the Debtor's Statement of Intention is attached hereto as Exhibit "D".

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 1825 North Hawthorne Lane, Indianapolis, IN. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtors, their bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtors and/or successors of Debtors; and to obtain ownership, possession and control of the Property.

DATED this 29th day of October, 2010.

TIFFANY & BOSCO, P.A.


By /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    2525 East Camelback Road, Suite 300
    Phoenix, Arizona 85016
    Attorneys for Movant