David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| CLARK, BRADLEY M ) | Case No. 10-30154-PHX RTB |
| CLARK, LESLIE A. ) | |
| ) | NOTICE OF TRUSTEE'S INTENT |
| ) | TO ABANDON PROPERTY |
| Debtor(s) ) | |

NOTICE IS GIVEN THAT DAVID A. BIRDSELL, Trustee, proposes to abandon the following-described property on the grounds that it is burdensome and of inconsequential value to the estate:

3931 E JUNE ST. MESA AZ (LIENS & HOMESTEAD EXCEEDS MARKET VALUE)
10107 SAPHHIRE BERRY FISHERS IN (LIENS EXCEED MARKET VALUE)
1825 N HAWTHORNE INDIANAPOLIS IN;  (LIENS EXCEED MARKET VALUE)

Any person opposing the abandonment shall file a written objection and request for a hearing within 21 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with the United States Bankruptcy Court, 230 N. First Ave. #101 Phoenix, Az. 85003-1706. A copy of the objection shall be mailed forthwith to the Trustee and his/her Attorney at the following address: TRUSTEE: DAVID A. BIRDSELL, 216 N. CENTER, MESA, AZ 85201

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

| November 1, 2010 | /s/ David A. Birdsell |
|---|---|
| Date | DAVID A. BIRDSELL, Trustee |

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: estrellam            Page 1 of 1                    Date Rcvd: Nov 02, 2010
Case: 10-30154                 Form ID: pdf001            Total Noticed: 19
```

The following entities were noticed by first class mail on Nov 04, 2010.
```
db/jdb      +BRADLEY M CLARK,    LESLIE A. CLARK,    3931 E. JUNE ST.,    MESA, AZ 85205-3005
9665809     +AMERICAN EXPRESS,    PO BOX 297814,    Fort Lauderdale FL 33329-7814
9665810      BANK OF AMERICA,    PO BOX 5170,    Simi Valley CA 93062-5170
9665812     +CAVALRY PORTFOLIO SER FOR AT&T,    PO BOX 27288,    Tempe AZ 85285-7288
9665813     +CHASE CARD SERVICES,    PO BOX 15298,    Wilmington DE 19850-5298
9665814     +CONNECT BENEFITS,    1818 E. SOUTHERN 18A,    Mesa AZ 85204-5255
9721650     +Deutsche Bank Trust Company Americas RALI 2007-QS8,    C/O MARK S. BOSCO,
              2525 E. CAMELBACK RD. SUITE 300,    PHOENIX, AZ 85016-4237
9665818     +EVLER HERMES,    600 S. 7TH ST,    Louisville KY 40203-1968
9665819      EXPRESS ONE,    3500 E. 7910 S.,    Salt Lake City UT 84121
9665820      FIFTH THIRD BANK,    PO BOX 740789,    Cincinnati OH 45274-0789
9665821      KEY BANK,    PO BOX 94968,    Cleveland OH 44101-4968
9665822     +PNC BANK/WELTMAN, WINBEG & RIES FOR PNC,    175 S. 3RD ST.,    STE 900,    Columbus OH 43215-5177
9665823     +QW EXPRESS,    13518 COLLECTIONS DR.,    Chicago IL 60693-0001
9665824     +SHELBY COUNTY BANK,    29 E. WASHINGTON STREET,    Shelbyville IN 46176-1350
9665825      WELLS FARGO,    PO BOX 14547,    Des Moines IA 50306-3547
9665826     +ZWICKER & ASSOC FOR LOWES,    80 MINUTEMAN RD,    Andover MA 01810-1008
9665827     +ZWICKER & ASSOCIATES,    PO BOX 10069,    Scottsdale AZ 85271-0069
```

The following entities were noticed by electronic transmission on Nov 03, 2010.
```
9665815     +E-mail/Text: bankruptcy.cr.dept@dhl.com                            DHL WORLDWIDE EXPRESS,
              1200 S. PINE ISLAND RD.,    STE 600,    Fort Lauderdale FL 33324-4465
9665816      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 03 2010 02:26:19     DISCOVER,    PO BOX 30943,
              Salt Lake City UT 84130
                                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Deutsche Bank Trust Company Americas RALI 2007-QS8
9665817      DR. RICHARD GENTRY,    2600 E. SOUTHERN AVE.,    STE J2
9665811*     BANK OF AMERICA,    POBOX 5170,    Simi Valley CA 93062-5170
9805623*    +Deutsche Bank Trust Company Americas RALI 2007-QS8,    C/O MARK S. BOSCO,
              2525 E. CAMELBACK RD. SUITE 300,    PHOENIX, AZ 85016-4237
                                                                                TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2010**          **Signature:** *Joseph Speetjens*