| | |
|---|---|
| **Haines Meyer**<br>*Meyer Law, P.C.*<br>1425 W. Elliot Rd.<br>Suite 105<br>Gilbert, AZ 85233<br>(480) 813-9949<br>State Bar No. 020890<br>**Attorney for Debtor(s)** | |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BRADLEY CLARK AND LESLIE CLARK<br><br>        Debtor(s).<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS<br>        Movant,<br>vs.<br><br>BRADLEY CLARK AND LESLIE CLARK, Debtors;<br>DAVID A. BIRDSELL, Chapter 7 Trustee,<br><br>        Respondent(s). | In Proceedings Under Chapter 7<br><br>Case No: 2:10-bk-30154<br><br>**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY** |

    COME NOW, Respondents/Debtors, BRADLEY CLARK AND LESLIE CLARK, and hereby responds to the Motion to Lift the Automatic Bankruptcy Stay (hereafter "Motion") filed by DEUTSCHE BANK TRUST COMPANY AMERICAS ("Movant"), and in opposition to same would respectfully show the Court the following:

    The Debtor is considering whether bringing payments owed to DEUTSCHE BANK TRUST COMPANY AMERICAS is feasible.

    RESPECTFULLY SUBMITTED this 11th day of November, 2010.

                              /s/ Haines Meyer (#20890)
                                Attorney for Debtor (s)

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **CERTIFICATE OF SERVICE** |
| | I hereby certify that the foregoing has been served upon: |
| 4 | |
| | Bradley and Leslie Clark |
| 5 | 3931 E. June St. |
| | Mesa, AZ 85205 |
| 6 | |
| 7 | David A. Birdsell, Trustee |
| | 216 N. Center |
| 8 | Mesa, AZ 85201 |
| 9 | |
| | Deutsche Bank |
| 10 | c/o Mark S. Bosco, Esq. |
| | 2525 E. Camelback Rd. |
| 11 | Suite 300 |
| | Phoenix, AZ 85016 |
| 12 | |
| 13 | US Trustee Office |
| | 230 North 1st Avenue |
| 14 | Suite 204 |
| | Phoenix, AZ. 85003-1706 |
| 15 | |
| 16 | by mailing a copy hereof by first class U.S. Mail on this 11th day of November 2010. |
| 17 | /s/ Haines Meyer |
| | Attorney for Debtor (s) |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |