# TIFFANY & BOSCO
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-27455

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Bradley M. Clark and Leslie A. Clark<br><br>Debtors. | Bk Case No.: 2:10-bk-30154-RTB<br><br>Chapter 7<br><br>MOVANT'S DECLARATION<br><br>(Related to Docket # 12) |
| Deutsche Bank Trust Company Americas RALI 2007-QS8<br><br>Movant,<br>vs.<br><br>Bradley M. Clark and Leslie A. Clark, Debtors; David A. Birdsell, Trustee.<br><br>Respondents. | |

COMES NOW ___Teresa Diaz-Cochran___, of lawful age, being duly sworn upon oath and deposes and says the following:

1. I make this Declaration of my own personal knowledge regarding matters to which I would be competent to testify under oath.

2. I am employed by Wells Fargo Bank as servicer for Deutsche Bank Trust Company Americas RALI 2007-QS8 (hereinafter "Deutsche Bank") as _VP Loan Documentation_ and am authorized to make this affidavit on behalf of Wells Fargo Bank as servicer for Deutsche Bank.

3. I am familiar with the business records of Wells Fargo Bank as servicer for Deutsche Bank, the loan history records of loan number xxxxxxx27, and the facts upon which a Motion for Relief from the Automatic Stay was filed on behalf of Wells Fargo Bank as servicer for Deutsche Bank in the present bankruptcy case.

4. Deutsche Bank is the holder or servicer of a Note dated January 24, 2007 in the amount of $56,800.00. The Note is secured by a Deed of Trust recorded in against certain real property commonly known as 1825 North Hawthorne Lane, Indianapolis, IN 46218, and legally described as:

> Lot 269 in HAWTHORN MANOR, FOURTH SECTION, an Additional to the City of Indianapolis, the Plat of Which is Recorded in Plat Book 28, Page 215, In the Office of the Recorder of Marion County, Indiana.

5. The business records of Wells Fargo Bank as servicer for Deutsche Bank are created, prepared, and maintained by its employees or agents in the performance of their regular business duties at or near the time, the act, conditions, or events are recorded thereon. The records are made either by persons with knowledge of the matters they record, or from information obtained by persons with such knowledge. It is the business practice of Wells Fargo Bank as servicer for Deutsche Bank to maintain those records in the regular course of business.

6. Wells Fargo Bank as servicer for Deutsche Bank maintains a contractual right to collect payments and maintain legal actions for the beneficial note holder either as the current note holder or pursuant to either a Master Servicing Agreement or Power of Attorney.

7. Wells Fargo Bank as servicer for Deutsche Bank uses the standard practices of the mortgage lender industry. A payment received is applied to the referenced account and credited to the next payment due. For example, a payment received in March will be applied to the February payment if no payment was received in February.

8. Based on the payments received and applied by Wells Fargo Bank as servicer for Deutsche Bank, the monthly payments on the Note are in default for all payments falling due since May 1, 2009.

9. The Broker Price Opinion dated December 26, 2010 prepared for this property reflects a value of $27,500.00 showing that there is no equity in this property. The Broker Price Opinion is attached hereto as Exhibit "A".

Further Declarant sayeth naught.

BY: _____
Teresa Diaz-Cochran
VP Loan Documentation

SUBSCRIBED AND SWORN TO before me, the undersigned notary public, on the Feb. 11, 2011.

_____
Notary Public

PENNY S. MCCRAVEN
NOTARY PUBLIC
SOUTH CAROLINA
MY COMMISSION EXPIRES 12-14-2014

```
 1  Copy of the foregoing mailed
    Feb. 15, 2011 to:
 2
    Bradley M. Clark and Leslie A. Clark
 3  3931 E. June St
    Mesa, AZ 85205
 4  Debtors

 5  Haines Meyer
    1425 W. Elliot Rd., #105
 6  Gilbert, AZ 85233
    Attorney for Debtors
 7
 8  David A. Birdsell
    216 N. Center
 9  Mesa, AZ 85201
    Trustee
10
11  By: /s/ Heidi S. Nelson
12
13
...
26
```



## Client Information

| | |
|---|---|
| Client: Premiere Asset Services | Portfolio / Project Name: |
| Order Number: 10784451 | Alternate Loan Number: |
| Loan Number: 0007860727 | Inspection Date: 12/26/2010 |
| Assigned Agent: Naomi Clifford | Inspection Type: Exterior |
| Assigned Agent's Phone: (317) 881-3700 | Contact: N/A 3474015 |
| Owner / Borrower: 3474015 | Contact Phone: (803) 396-6738 |
| Subject Address: 1825 NORTH HAWTHORNE INDIANAPOLIS, IN 46218 | |

## Subject Tax and Sale Information

| | |
|---|---|
| Estimated Tax Assessed Value Date: | Last Known Sale Date: |
| Tax Assessed Value: $53,700.00 | Last Known Sale Price: $0.00 |

## Neighborhood Information

| | |
|---|---|
| Predominant Occupancy: Owner | Average Market Time of Sales: 120 |
| No. of Homes in Direct Competition: 17 | Price Range (Low to High): $18,000.00 to $30,000.00 |
| Density: Suburban | Predominant Value: $25,000.00 |
| Zoning: Residential | Property Values Trend: Decreasing / 10.00% annually |
| Property Maintenance: Average | |

Market / Neighborhood Comments: Older established neighborhood. Municipal water & sewers. Close to major hospital, schools and park. Low-riskc crime area. Declining market. Unemployment. REOs and short sales in neighborhood.

## Subject Property

| | |
|---|---|
| Listed in Last 12 Months: No | Currently Listed: No |
| Vacant: No | List Price: $0.00 |
| Secured: Yes | Listing Agent Name: |
| Conform to Neighborhood Yes | Listing Agent Phone: |
| Estimated Land Value $8,500.00 | Days on Market: 0 |
| Mobile Home Permanently Attached and Taxed as Real Estate: No | |

Problem for Resale: No

Environmental Problem: No

Subject Data Source(s): ☒ Tax Records  ☐ SiteXdata  ☐ MLS #  ☐ RealQuest  ☐ REDLINK  ☐ Estimated  ☐ Other

Explanation of Estimated or Other Sources:

Positive Subject Comments: Mature trees. Fenced rear yard. Good location. Close to hospital, schools and park. Municipal water and sewers.

Negative Subject Comments: Aluminum siding is faded. Missing downspout. Unable to determine roof condition due to snow accumulation. Declining market in neighborhood. Unemployment. REOs and short sales in same subdivision. Subject is investor-owned. Ownership in name of Leslie A. Clark, P.O. Box 1541, Noblesville, IN 46061.


## Comparative Sale Information

| | SUBJECT ADDRESS | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 |
|---|---|---|---|---|
| Street Address: | 1825  NORTH HAWTHORNE | 1812 N. Ritter Ave. | 5443 E. 19th St. | 1742 N. Ritter Ave. |
| City, State, Zip: | INDIANAPOLIS, IN 46218 | INDIANAPOLIS, IN 46218 | Indianapolis, IN 46218 | Indianapolis, IN 46218 |
| Property Type: | Single Family | Single Family | Single Family | Single Family |
| Property Style: | 1 Story | 1 Story | 1 Story | 1 Story |
| Number of Units: | 1 | 1 | 1 | 1 |
| Proximity to Subject: | | 0.30 Miles | 0.30 Miles | 0.40 Miles |
| Sale Date: | | 11/17/2010 | 11/15/2010 | 12/17/2010 |
| Sold Price: | $0.00 | $30,000.00 | $23,000.00 | $19,900.00 |
| Days on Market: | 0 | 162 | 3 | 28 |
| Location: | Average | Average | Average | Average |
| Lot Size: | 0.11 Acres | 0.13 Acres | 0.14 Acres | 0.13 Acres |
| Lot Size is: | Typical | Typical | Typical | Typical |
| Age in Years: | 58 | 58 | 59 | 58 |
| Condition: | Average | Good | Good | Average |
| Total Rooms: | 5 | 5 | 5 | 4 |
| Bedrooms: | 2 | 2 | 2 | 2 |
| Bathrooms: | 1 Full 0 Half | 1 Full 0 Half | 1 Full 0 Half | 1 Full 0 Half |
| Above Grade Sq. Footage: | 768 | 768 | 768 | 768 |
| Total Below Grade Sq.Ft.: | 0 | 0 | 0 | 0 |
| Garage: | 1.00 car / Detached | 0.00 car / NA | 1.00 car / Detached | 1.00 car / Detached |
| Carport: | 0.00 car / NA | 1.00 car / Attached | 0.00 car / NA | 0.00 car / NA |
| Comparison to Subject: | | Superior | Equal | Inferior |
| Comparable Data Source: | | MLS | MLS | MLS |
| MLS Listing Number: | | 21027437 | 21054884 | 21034483 |

Explanation of Estimated or Other responses above:

Comments on Comparable 1: Bungalow with new siding. Covered porch. New HVAC. Fenced yard. 1-year home warranty included.

Comments on Comparable 2: Bungalow with stone veneer and vinyl siding. Screened sun porch. New HVAC. New carpet. All appliances included. Fenced yard.

Comments on Comparable 3: REO property. Vinyl siding. No central air. No appliances. Cash sale. Seller pad $300 buyer's assistance.



## Comparative Listing Information

| | SUBJECT ADDRESS | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 |
|---|---|---|---|---|
| Street Address: | 1825 NORTH HAWTHORNE | 1861 Bauer Rd. | 5462 E. 19th St. | 1882 N. Bauer Rd. |
| City, State, Zip: | INDIANAPOLIS, IN 46218 | Indianapolis, IN 46218 | Indianapolis, IN 46218 | Indianapolis, IN 46218 |
| Property Type: | Single Family | Single Family | Single Family | Single Family |
| Property Style: | 1 Story | 1 Story | 1 Story | 1 Story |
| Number of Units: | 1 | 1 | 1 | 1 |
| Proximity to Subject: | | 0.30 Miles | 0.30 Miles | 0.30 Miles |
| Listing Date: | | 8/9/2010 | 9/9/2010 | 12/6/2010 |
| Days on Market: | 0 | 139 | 108 | 20 |
| Listing Price: | $0.00 | $56,000.00 | $48,500.00 | $30,900.00 |
| Location: | Average | Average | Average | Average |
| Lot Size: | 0.11 Acres | 0.23 Acres | 0.14 Acres | 0.12 Acres |
| Lot Size is: | Typical | Atypical | Typical | Typical |
| Age in Years: | 58 | 60 | 59 | 60 |
| Condition: | Average | Good | Good | Average |
| Total Rooms: | 5 | 4 | 5 | 4 |
| Bedrooms: | 2 | 2 | 2 | 2 |
| Bathrooms: | 1 Full 0 Half | 1 Full 0 Half | 1 Full 0 Half | 1 Full 0 Half |
| Above Grade Sq. Footage: | 768 | 768 | 768 | 768 |
| Total Below Grade Sq.Ft.: | 0 | 0 | 0 | 0 |
| Garage: | 1.00 car / Detached | 1.00 car / Detached | 1.00 car / Detached | 1.00 car / Detached |
| Carport: | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA |
| Comparison to Subject: | | Superior | Superior | Equal |
| Comparable Data Source: | | MLS | MLS | MLS |
| MLS Listing Number: | | 21041965 | 21047411 | 21059530 |

Explanation of Estimated or Other responses above:

Comments on Comparable 1: Updated bungalow on double lot. Newer vinyl siding, roof and carpet. Updated kitchen and bath. Repainted interior. Central air.

Comments on Comparable 2: Bungalow with new vinyl siding, replacement windows and roof. New carpet. Interior repainted. Nice detached garage. Offering $800 allowance for appliances.

Comments on Comparable 3: REO. Bungalow with aluminum siding. Covered porch. Central air. No appliances. Fenced yard. Needs cosmetics. No damage noted in MLS.


## Addendum
*Any Additional comments regarding market area, conditions, area growth or decline, crime activity, hazards, repairs and the like.*

Several short sales and REOs in subdivision. Declining market. Unemployment. Rental property on same block. Even though the assessed value is $53,700, there are no recent comps in subject subdivision (included rehabbed homes) that have sold for more than $30,000.

## Estimates of Value

Discuss how you arrived at these values:  No similar sold homes in subject subdivision sold for more than $30,000 within the last six months.  Declining market. Unemployment. Excessive number of similar active listings in subject zip code.

| | |
|---|---|
| As Is Market Value: $27,500.00 | As Repaired Market Value: $30,000.00 |
| As Is Quick Sale: $20,000.00 | As Repaired Quick Sale: $22,500.00 |
| As Is Suggested List: $31,500.00 | As Repaired Suggested List: $34,900.00 |
| | Estimated Cost to Repair: $2,500.00 |

Average Market Time of Sale (listing date to contract date):       120

This analysis and evaluation of an interest in real property for ownership or collateral purposes is prepared by and for the above named financial institution to be used for internal purposes only. This document is not an appraisal and is intended for use only for loan transactions valued $250,000 or less, as required by Title XI of FIRREA. The agent submitting this report represents that she/he drove by the property and has no interest in the property.

## Property Map

If MapPoint was unable to locate the property(s), distances from comparable property(s) were estimated.



## Photos



Subject (Front View)


| Photo | Description |
|---|---|
| | Subject (Rear View)<br><br>Unable to get photo of rear view due to no access to view rear of house. Providing side view with photo of detached garage. |
| | Street View |
| | Subject (Angled)<br><br>Left view of subject. |


## Photos



Exterior Damaged Area

Missing downspout

Exterior Damaged Area

Aluminum siding - color fading