SO ORDERED.

Dated: February 22, 2011



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-27455

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Bradley M. Clark and Leslie A. Clark<br>    Debtors.<br>_____<br>Deutsche Bank Trust Company Americas RALI 2007-QS8<br>    Movant,<br>vs.<br>Bradley M. Clark and Leslie A. Clark Debtors; David A. Birdsell, Trustee.<br>    Respondents. | No. 2:10-bk-30154-RTB<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #12)<br><br>Hearing Date: December 16, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated January 24, 2007, and recorded in the office of the Marion County Recorder wherein Deutsche Bank Trust Company Americas RALI 2007-QS8 is the current beneficiary and Bradley M. Clark and Leslie A. Clark have an interest in, further described as:

Lot 269 in HAWTHORN MANOR, FOURTH SECTION, an Additional to the City of Indianapolis, the Plat of Which is Recorded in Plat Book 28, Page 215, In the Office of the Recorder of Marion County, Indiana

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.